

# LAW OFFICES OF WILLIAM CAFARO

| | | |
|---|---|---|
| *William Cafaro, Esq.*<br>ADMITTED IN NY, CA, MD & TX<br>Email: *bcafaro@cafaroesq.com*<br><br>*Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: *akumar@cafaroesq.com* | 108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>*www.cafaroesq.com* | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: *lleon@cafaroesq.com*<br><br>*Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC |

August 16, 2022

**Via ECF**
Hon. Ronnie Abrams, U.S.D.J
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

       Re: Lockett v. Hotel Hugo d/b/a Bar Hugo, et al
         Case No.: 21-cv-7131

Your Honor,

  This office represents the Plaintiff in the above referenced action brought under 42 USC 1981, Title II of the Civil Rights Act of 1964 and other state law causes of action. We write, jointly with the Defendants, in compliance with April 1, 2022 Order. First and foremost, the Parties apologize for the lateness of this joint letter.

  Although the Parties continue to work together to exchange necessary discovery, we have been unable to complete discovery in accordance with the Court's latest scheduling Order. Due to this, we jointly request the Court adjourn the post-discovery conference scheduled for April 19, 2022 at 10:30 AM. The Parties further respectfully request the Court extend the discovery deadlines as follows:

| **Deadline** | **Original Deadline** | **Requested Revised Deadline** |
|---|---|---|
| Completion of Fact Discovery | August 4, 2022 | October 30, 2022 |
| Completion of Expert Discovery | November 4, 2022 | January 3, 2023 |

  This is the Parties second request for an extension of time to complete discovery.

  The Parties thank the Court for its courtesy in this regard.

            Respectfully submitted,
            LAW OFFICES OF WILLIAM CAFARO

            /s/

        By    William Cafaro, Esq.
               Amit Kumar, Esq.
*Attorneys for the Plaintiff*
108 West 39th Street, Suite 602
New York, New York 10018
(212) 583-7400
BCafaro@CafaroEsq.com
AKumar@CafaroEsq.com

CC:

All Counsel of Record (via ECF)

Application granted.

The post-fact discovery conference is hereby adjourned to November 18, 2022 at 10:30 a.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

_____
Hon. Ronnie Abrams
8/17/22