

# LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

November 1, 2022

***Via ECF***
HON. RONNIE ABRAMS, U.S.D.J
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:    Lockett v. Hotel Hugo d/b/a Bar Hugo, et al
                  Case No.: 21-cv-7131

Your Honor,

      This office represents the Plaintiff in the above referenced action brought under 42 USC 1981, Title II of the Civil Rights Act of 1964 and other state law causes of action. We write to request the Court stay discovery in this matter for **thirty days**. The undersigned believes the attorney-client relationship has broken down between the Plaintiff and undersigned counsel. Due to this breakdown we have been unable to move forward with discovery in this matter and have been unable to conduct the scheduled depositions.

      Given the above, we request the Court stay discovery in this matter for thirty days while we attempt to repair the relationship between the undersigned and the Plaintiff. If this cannot be accomplished, we will have to discuss alternative means of moving forward. Defense counsel has no objection to the requested relief.

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
United States District Judge
11/3/22

Respectfully submitted,
LAW OFFICES OF WILLIAM CAFARO

/s/
_____
By    William Cafaro, Esq.
       Amit Kumar, Esq.
*Attorneys for the Plaintiff*
108 West 39th Street, Suite 602
New York, New York 10018
(212) 583-7400
BCafaro@CafaroEsq.com
AKumar@CafaroEsq.com

cc:

All Counsel of Record (via ECF)