UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/16/2022
```

STEPHEN LOCKETT,

                Plaintiff,

        v.

HOTEL HUGO d/b/a Bar Hugo, FORTUNA REALTY HOTEL SOHO LLC d/b/a Bar Hugo and Hotel Hugo, 523 GREENWICH RESTAURANT LLC d/b/a Bar Hugo and Hotel Hugo, JOHN DOES 1–3, and MEGA SECURITY PROTECTION LLC,

                Defendants.

No. 21-cv-7131 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Pursuant to the amended case management plan, fact discovery was previously set to be completed by October 30, 2022, and expert discovery by January 3, 2023. *See* Dkt. 35. For the reasons explained in the letter of Plaintiff's counsel dated November 1, 2022, *see* Dkt. 36, the Court ordered that discovery be stayed for thirty (30) days, until December 1, 2022, *see* Dkt. 37.

    Accordingly, the telephonic post-fact discovery conference is adjourned to December 15, 2022, at 4:00 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#. No later December 8, 2022, the parties shall submit a joint letter on the status of the case, including whether either party intends to file a dispositive motion and what efforts have been made to settle this action.

SO ORDERED.

Dated:   November 16, 2022
            New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge