UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN LOCKETT,<br><br>       Plaintiff,<br><br>    -v.-<br><br>HOTEL HUGO d/b/a BAR HUGO et al.,<br><br>       Defendants. | 21 Civ. 07131 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  At the April 7, 2023 discovery conference, the Court directed the parties to submit a joint letter within two weeks (*i.e.*, by April 21, 2023) regarding the status of the issues addressed at the conference. *See* Apr. 7, 2023 Minute Entry. The parties have yet to submit the required letter.

  By no later than **April 25, 2023 at 12:00 PM**, the parties must submit a joint status letter as previously directed by the Court. The letter shall include an explanation regarding the parties' failure to meet the April 21 deadline.

  SO ORDERED.

Dated: April 24, 2023
    New York, New York

                    _____
                    JENNIFER H. REARDEN
                    United States District Judge