UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN LOCKETT,

                Plaintiff,

-v.-

HOTEL HUGO *d/b/a* BAR HUGO, et al.,

                Defendants.

21 Civ. 07131 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

In light of the Court's referral to the Magistrate Judge designated for this action (ECF Nos. 75, 76), the May 11, 2023 conference is ADJOURNED *sine die*.

SO ORDERED.

Dated: May 9, 2023
       New York, New York

                                          JENNIFER H. REARDEN
                                          United States District Judge