**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
STEPHEN LOCKETT,                                            :
                                                            :
                              Plaintiff,                    :    21-cv-7131 (JHR) (OTW)
                                                            :
             -against-                                      :         **ORDER**
                                                            :
HOTEL HUGO d/b/a BAR HUGO, et al.,                          :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Wednesday, June 07, 2023 at 12:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a joint conference agenda by June 5, 2023, outlining any existing discovery issues, the parties' respective positions on those issues, and proposed relief. The agenda shall not exceed three single-spaced pages.

The parties are directed to familiarize themselves with my Individual Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-ona-t-wang.

**SO ORDERED.**

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: May 11, 2023
New York, New York