UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEPHEN LOCKETT,

                        Plaintiff,                    21-cv-7131 (JHR) (OTW)

          -against-                      **ORDER**

HOTEL HUGO d/b/a BAR HUGO, et al.,

                        Defendants.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference on **Tuesday, June 27, 2023**. As discussed at the conference, the parties are directed to meet and confer regarding the outstanding discovery issues outlined in ECF 85. The parties shall file a joint status letter **by Friday, July 21, 2023**, including an update on any remaining discovery issues.

      **SO ORDERED.**

*s/ Ona T. Wang*

Dated: June 27, 2023                                            **Ona T. Wang**
      New York, New York                            United States Magistrate Judge